**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                          §        Case No. 11-04037-CAD
                                                §
WILLIAM W MIKRUT                                §
                                                §
                                                §
                                                §
           Debtor(s)                            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/02/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/10/2012                 By:  /s/ David P. Leibowitz
                                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04037-CAD |
| | § | |
| WILLIAM W MIKRUT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $3,114.00
*and approved disbursements of*  $22.77
*leaving a balance on hand of[1]:*  $3,091.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $3,091.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $778.50 | $0.00 | $778.50 |
| David P. Leibowitz, Trustee Expenses | $14.04 | $0.00 | $14.04 |

Total to be paid for chapter 7 administrative expenses:  $792.54
Remaining balance:  $2,298.69

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $2,298.69 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $2,298.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,517.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for WFNNB assignee of Value City Furniture | $981.79 | $0.00 | $499.63 |
| 2 | Davis & Engert Dentistry | $99.00 | $0.00 | $50.38 |
| 3 | Capital One Bank (USA), N.A. | $3,066.53 | $0.00 | $1,560.55 |
| 4 | GE Money Bank/ Paypal Smart Connect | $369.68 | $0.00 | $188.13 |

|  | Total to be paid to timely general unsecured claims: | $2,298.69 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
William W Mikrut  
     Debtor

Case No. 11-04037-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: wepps     Page 1 of 2     Date Rcvd: Jan 11, 2012  
                     Form ID: pdf006    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2012.

```
db          +William W Mikrut,    7616 W Main St,    Niles, IL 60714-2038
16751013    +BAC Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
17195045     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
16751014    +Comcast Collection,    700 Longwater Dr,    Norwell, MA 02061-1624
16751015    +Davis & Engert Dentistry,    20 Main Street,    Park Ridge, IL 60068-4054
16751017    +First Revenue,    4500 Cherry Creek Dr South,    Denver, CO 80246-1518
16751020    +Heller & Frisone Ltd,    33 N Lasalle,    Chicago, IL 60602-2866
16751021    +National Credit System,    Attn Bankruptcy,    POB 312125,    Atlanta, GA 31131-2125
16751023    +Renaissance Countryside,    975 Sterling Ave,    Palatine, IL 60067-8479
16751024    +Wells Fargo Auto Finance,    MAC F6582-05B,    2501 Seaport Dr, Ste BH 300,
              Chester, PA 19013-2241
16751026    +Wells Fargo Financial Bank,    POB 5943,    Sioux Falls, SD 57117-5943
16751025    +Wells Fargo Financial Bank,    4137 121st St,    Urbendale, IA 50323-2310
16751027    +Wfnnb/value City Furn,    Attn Bankruptcy,    POB 182686,    Columbus, OH 43218-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17062320     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2012 04:34:39      American InfoSource LP as agent for WFNNB,   as assignee of,    Value City Furniture,
              PO Box 248872,    Oklahoma City, OK  73124-8872
17435863     E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2012 03:04:09      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16751019    +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2012 03:04:09      GEMB PayPal,    POB 981400,
              El Paso, TX 79998-1400
16751018    +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2012 03:04:09      GEMB PayPal,    Attn GEMB,
              POB 103104,    Roswell, GA 30076-9104
16751022    +E-mail/Text: bankrup@nicor.com Jan 12 2012 01:24:48      Nicor Gas,    Attn Bankruptcy Department,
              POB 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16751016    ##+Diversified Services Group,    5800 E Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: wepps              Page 2 of 2              Date Rcvd: Jan 11, 2012
                               Form ID: pdf006          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott C Polman    on behalf of Debtor William Mikrut spolman.law@comcast.net
                                                                                       TOTAL: 3