UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-04037-CAD
§
WILLIAM W MIKRUT §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $197,614.00 | Assets Exempt: | $41,311.00 |
| Total Distributions to Claimants: | $2,298.69 | Claims Discharged Without Payment: | $24,429.10 |
| Total Expenses of Administration: | $815.31 | | |

3) Total gross receipts of $3,114.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,114.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $269,907.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $815.31 | $815.31 | $815.31 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $23,517.79 | $4,517.00 | $4,517.00 | $2,298.69 |
| **Total Disbursements** | $293,424.79 | $5,332.31 | $5,332.31 | $3,114.00 |

4). This case was originally filed under chapter 7 on 01/31/2011. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2012          By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential tax refund; tax return not yet filed | 1124-000 | $3,114.00 |
| **TOTAL GROSS RECEIPTS** | | $3,114.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing | 4110-000 | $269,907.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $269,907.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $778.50 | $778.50 | $778.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.04 | $14.04 | $14.04 |
| Green Bank | 2600-000 | NA | $22.77 | $22.77 | $22.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $815.31 | $815.31 | $815.31 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $981.00 | $981.79 | $981.79 | $499.63 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | WFNNB assignee of Value City Furniture | | | | | |
| 2 | Davis & Engert Dentistry | 7100-000 | NA | $99.00 | $99.00 | $50.38 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | NA | $3,066.53 | $3,066.53 | $1,560.55 |
| 4 | GE Money Bank/ Paypal Smart Connect | 7100-000 | $326.00 | $369.68 | $369.68 | $188.13 |
| | Comcast Collection | 7100-000 | $596.00 | NA | NA | $0.00 |
| | Diversified Services Group | 7100-000 | $124.00 | NA | NA | $0.00 |
| | First Revenue | 7100-000 | $345.00 | NA | NA | $0.00 |
| | Heller & Frisone Ltd | 7100-000 | $5,778.00 | NA | NA | $0.00 |
| | Heller & Frisone Ltd | 7100-000 | $4,382.00 | NA | NA | $0.00 |
| | National Credit System | 7100-000 | $62.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $73.00 | NA | NA | $0.00 |
| | Wells Fargo Auto Finance | 7100-000 | $1,720.79 | NA | NA | $0.00 |
| | Wells Fargo Financial Bank | 7100-000 | $5,645.00 | NA | NA | $0.00 |
| | Wells Fargo Financial Bank | 7100-000 | $3,485.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,517.79 | $4,517.00 | $4,517.00 | $2,298.69 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 11-04037-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** MIKRUT, WILLIAM W | **Date Filed (f) or Converted (c):** | 01/31/2011 (f) |
| **For the Period Ending:** 5/10/2012 | **§341(a) Meeting Date:** | 03/22/2011 |
| | **Claims Bar Date:** | 06/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Residence - single family home Location: 7616 W Main St, Niles IL 60714 | $224,500.00 | $0.00 | DA | $0.00 | FA |
| 2  Cash in wallet | $14.00 | $0.00 | DA | $0.00 | FA |
| 3  Chase checking account XXXXXX2364 | $750.00 | $0.00 | DA | $0.00 | FA |
| 4  PayPal account | $150.00 | $0.00 | DA | $0.00 | FA |
| 5  Shore Builder account | $200.00 | $0.00 | DA | $0.00 | FA |
| 6  Standard household goods and frunishings including living room furniture, 4 year-old 42-inch LCD TV, microwave and dishwasher, king-size bed, and laptop computer Location: 7616 W Main St, Niles IL 60714 | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7  Miscellaneous, low-value collectibles and computer books;and 1 living room picture valued at $350 Location: 7616 W Main St, Niles IL 60714 | $400.00 | $0.00 | DA | $0.00 | FA |
| 8  firearm for self-defense Location: 7616 W Main St, Niles IL 60714 | $500.00 | $0.00 | DA | $0.00 | FA |
| 9  State Farm life insurance policy with surrender value of $1,861 | $1,861.00 | $0.00 | DA | $0.00 | FA |
| 10  401(k) - Pension Review Services | $4,300.00 | $0.00 | DA | $0.00 | FA |
| 11  Potential tax refund; tax return not yet filed | $5,250.00 | $3,114.00 | DA | $3,114.00 | FA |
| 12  Potential Lawsuit for Collection abuse | Unknown | Unknown | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $238,925.00 | $3,114.00 | | $3,114.00 | $0.00 |

**Major Activities affecting case closing:**
2004 examination RE: Potential Lawsuit for collections abuse
Reviewed Asset in preparation of TFR.
TFR completed for Trustee's review.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-04037-CAD | |
| **Case Name:** | MIKRUT, WILLIAM W | |
| **Primary Taxpayer ID #:** | ******3973 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/10/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******3701 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2011 | (11) | William Mirkut | Portion of tax refund not exempted. | 1124-000 | $3,114.00 | | $3,114.00 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.07 | $3,110.93 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.02 | $3,105.91 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.17 | $3,100.74 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $3,096.06 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.83 | $3,091.23 |
| 02/03/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.04 | $3,077.19 |
| 02/03/2012 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $778.50 | $2,298.69 |
| 02/03/2012 | 1003 | American InfoSource LP as agent for WFNNB assignee | Claim #: 1; Amount Claimed: 981.79; Amount Allowed: 981.79; Distribution Dividend: 50.89; | 7100-900 | | $499.63 | $1,799.06 |
| 02/03/2012 | 1004 | Davis & Engert Dentistry | Claim #: 2; Amount Claimed: 99.00; Amount Allowed: 99.00; Distribution Dividend: 50.89; | 7100-000 | | $50.38 | $1,748.68 |
| 02/03/2012 | 1005 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 3,066.53; Amount Allowed: 3,066.53; Distribution Dividend: 50.89; | 7100-900 | | $1,560.55 | $188.13 |
| 02/03/2012 | 1006 | GE Money Bank/ Paypal Smart Connect | Claim #: 4; Amount Claimed: 369.68; Amount Allowed: 369.68; Distribution Dividend: 50.89; | 7100-000 | | $188.13 | $0.00 |
| | | | **TOTALS:** | | $3,114.00 | $3,114.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,114.00 | $3,114.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,114.00 | $3,114.00 | |

| **For the period of 1/31/2011 to 5/10/2012** | | **For the entire history of the account between 07/12/2011 to 5/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,114.00 | Total Compensable Receipts: | $3,114.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,114.00 | Total Comp/Non Comp Receipts: | $3,114.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,114.00 | Total Compensable Disbursements: | $3,114.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,114.00 | Total Comp/Non Comp Disbursements: | $3,114.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-04037-CAD | |
| **Case Name:** | MIKRUT, WILLIAM W | |
| **Primary Taxpayer ID #:** | ******3973 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,114.00 | $3,114.00 | $0.00 |

**For the period of 1/31/2011 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,114.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,114.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,114.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,114.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2011 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,114.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,114.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,114.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,114.00 |
| Total Internal/Transfer Disbursements: | $0.00 |